UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| OSWALD NELSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 3:11-cv-00514 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| DAVIDSON COUNTY SHERIFF'S OFFICE, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On August 10, 2012, the Magistrate Judge issued a Report and Recommendation (R&R) (Docket No. 50) recommending that this action be dismissed with prejudice because there are no facts upon which a reasonable jury could find in favor of the plaintiff on his claims under 42 U.S.C. § 1983.

Pending before the court are objections to the R&R filed by the plaintiff (Docket No. 53). For the reasons explained more fully in the Memorandum entered contemporaneously herewith, the court finds that the plaintiff's objections lack merit. The court agrees with the Magistrate Judge's analysis and recommendation and finds that this action should be dismissed with prejudice. Therefore, the plaintiff's objections are **OVERRULED**. Accordingly, the R&R entered on August 10, 2012, is hereby **ADOPTED AND APPROVED**, and this case is **DISMISSED with prejudice.**

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge

1